JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 920 -- In re Pantopaque Products Liability Litigation

| Date | Pldg.# | Description |
|---|---|---|
| 92/01/22 | 1 | MOTION, BRIEF, (A-1 - A-2) CERTIFICATE OF SERVICE -- filed by pltfs. Marian K. Lowe, et al. -- SUGGESTED TRANSFEREE DISTRICT: District of New Jersey (cdm) |
| 92/01/23 | | SCHEDULE OF ACTIONS TO MOTION TO TRANSFER (pldg. #1) -- filed by movants Marian K. Lowe and Francis Lowe w/cert. of svc. (attached to pldg. #1) (ds) |
| 92/02/03 | | APPEARANCE -- ROY B. COWDREY, JR., ESQ. for Marion & Francis Lowe, et al.; BRIAN J. LEVINE, ESQ. for Daryl Abbent, et al.; GEORGE A. JOSEPH, ESQ. for Alcon Laboratories, Inc.; Lafayette Pharmacal, Inc.; Lafayette Pharmaceuticals, Inc.; Any Other Improperly-Named Defendant With The Word "Alcon" or "Lafayette" in its Title; Eastman Kodak Company (bas) |
| 92/02/04 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- defendants -- Extension granted to and including Feb. 28, 1992 -- Notified involved counsel (bas) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/28 | 3 | RESPONSE (to pldg. #1) -- filed by defts. Eastman Kodak Company, et al. -- w/cert. of svc. (bas) |
| 92/03/12 | 4 | REPLY -- Filed by pltfs. Marian K. Lowe, et al. -- w/cert. of svc. (rh) |
| 92/03/27 | 5 | LETTER ADDITIONAL INFORMATION -- Filed by pltfs. Daryl Abbent, et al. -- w/Exhibits A-F and cert. of svc. (rh) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- GEORGE A. JOSEPH, ESQ. for Eastman Kodak Co., Alcon Pharmaceutical Laboratories, Inc., Lafayette Pharmaceutical, Inc. and Lafayette Pharmacal, Inc. (ds) |
| 92/03/27 | | WAIVERS OR ORAL ARGUMENT -- Marian and Francis Lowe and Daryl Abbrent, et al. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 920 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/30 | 6 | SUPPLEMENTAL INFORMATION -- Filed by George A. Joseph Counsel For Defts. Alcon Laboratories, Inc.; Lafayette Pharmacal, Inc.; Lafayette Pharmaceuticals, Inc. and Eastman Kodak Co. -- w/Exhibits A-B and cert. of svc. (rh) |
| 92/04/07 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of New Jersey to the Honorable Harold A. Ackerman for pretrial proceedings (kac) |
| 92/04/07 | | TRANSFER ORDER -- transferring A-1 to the District of New Jersey pursuant to 28 U.S.C. Section 1407 -- Notified involved judges, counsel, clerks, panel judges and misc. recipients (kac) |
| 92/04/30 | 7 | ORDER OF REASSIGNMENT LITIGATION -- To Judge John C. Lifland -- Signed by Chief Judge John F. Gerry in District of New Jersey (Filed 4/3/92) (rh) |
| 92/04/30 | | ORDER REASSIGNING LITIGATION --To Judge John C. Lifland in District of New Jersey -- Notified involved counsel, judges and clerk (rh) |
| 92/06/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-3 Eunice Dohra v. Alco (Puerto Rico), Inc., et al., N.D. Illinois, C.A. No. 1:92-CV-2624; B-4 Robert Wayne Jannenga, et al. v. Lafayette Pharmaceutical Laboratories, Inc., et al., W.D. Michigan, C.A. No. 1:91-CV-810 and B-5 Barbara Dean, et al. v. Eastman Kodak Co., et al., W.D. New York, C.A. No. 6:91-CV-6283 -- Notified involved counsel and judges (rh) |
| 92/07/02 | 8 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-3 Eunice Dohra v. Alcon (Puerto Rico), Inc., et al., N.D. Illinois, C.A. No. 1:92-CV-2624 -- Notified involved counsel and judges (rh) |
| 92/07/02 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. Sandra Bybee v. Eastman Kodak Company, N.D. Illinois, C.A. No. 1:92-C-3819 (rh) |
| 92/07/02 | | ORDER STRIKING PLEADING #9 -- Filed by pltf. Sandra Bybee (NO CONDITIONAL TRANSFER ORDER WAS FILED) -- Notified involved counsel (rh) |

JPML FORM 1A

6.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 920 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-5 Barbara Dean, et al. v. Eastman Kodak Co., et al., W.D. N.Y., C.A. No. 6:91-CV-6283 -- Notified involved judges and clerks (rh) |
| 92/07/13 | 10 | LETTER -- signed by Sallie Smylie for defts. and dated 07/01/92 -- w/ORDER OF DISMISSAL -- Signed by Hon. Richard A. Enslen and dated June 23, 1992 in the Western District of Michigan -- (re: (B-4) Robert Wayne Jannenga, et al. v. Lafayette Pharmaceutical Laboratories, Inc., et al., W.D. Michigan, C.A. No. 1:91-CV-810) (kac) |
| 92/07/13 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (B-4) Robert Wayne Jannenga, et al. v. Lafayette Pharmaceutical Laboratories, Inc., et al., W.D. Michigan, C.A. No. 1:91-CV-810) |
| 92/07/20 | 11 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-3 Eunice Dohra v. Alcon (Puerto Rico), Inc., et al., N.D. Illinois, C.A. No. 1:92-CV-2624 -- w/Exhibits 1-5 and cert. of svc. (received 7/17/92) (Deficiency Notice on File regarding svc. and copies) (rh) |
| 92/08/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Sandra Bybee v. Eastman Kodak Co., et al., N.D. Illinois, C.A. No. 1:92-CV-3819 -- Notified involved counsel and judges. (ng) |
| 92/08/14 | 12 | HEARING ORDER -- setting opposition of pltf. Eunice Dohra to transfer for Panel hearing in Colorado Springs, Colorado, on September 25, 1992 -- Notified involved clerks, judges and counsel (ds) |
| 92/08/31 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (B-7) Sandra Bybee v. Eastman Kodak, Co., et al., N.D. Illinois C.A. No. 1:92-CV 3819 -- NOTIFIED INVOLVED COUNSEL, JUDGES AND CLERKS )NNG) |
| 92/09/23 | | WAIVERS OF ORAL ARGUMENT (For Panel Hearing on September 25, 1992 in Colorado Springs, Colorado -- All Waive (dld) |

JPML FORM 1A

P.4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 920 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/10/19 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- **(B-3)** Eunice Dohra v. Alcon (Puerto Rico), Inc., et al., N.D. Ill., C.A. No. 1:92-CV-2624 -- Notified involved clerks, judges and counsel (bas) |
| 92/10/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(B-8)** The Estate of Bradford Fraize, et al. v. N.E.) Medical Center Hospitals, Inc., et al., D. Mass., C.A. No. 92-11713S -- Notified involved counsel and judges (lg) |
| 92/11/05 | 13 | NOTICE OF OPPOSTION TO CONDITIONAL TRANSFER ORDER -- Filed by **deft. in B-8 The Estate of Bradford Fraize, et al.** v. New England Medical Center Hospitals, Inc., et als., District of Massachusetts, C.A. No. 92-11713-S -- Notified Involved counsel and judges (nng) |
| 92/11/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-8) The Estate of Bradford Fraize, et al. v. New England Medical Center Hospitals, Inc., et al., D. Mass., C.A. No. 92-11713S -- Notified involved judges and clerks (lg) |
| 92/11/18 | 14 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by defts. New England Medical Center Hospitals, Inc. and Arthur Thibodeau in B-8 The Estate of Bradford Fraize, et al v. New England Medical Center Hopitals, Inc., et als., District of Mass., C.A. No. 92-11713-S - w/Exhibits A-C and cert of svc. (nng) |
| 92/11/19 | 15 | SUPPLEMENTAL INFORMATION (re:pldg. #14) Filed by defts. New England Medical Center Hospitals, Inc. and Arthur Thibodean (dated 11/17/92) All parties served (nng) |
| 92/12/16 | | HEARING ORDER -- Setting following opposition for hearing on 1/29/93 in Fort Myers, Fla. - Estate of Bradford Fraize, et al. v. New England Medical Center Hospitals, Inc., et al., D. Mass., 92-11713 - Notified involved counsel, judges & clerks (lg) |